1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024                    E-FILED 10/15/15
3  Telephone:  (310) 443-4139
   Facsimile:  (310) 943-2255                        JS-6

4
   Attorneys for Plaintiffs
5  BARBARA AND LAWRENCE HUNDLEY

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 BARBARA HUNDLEY, and                ) Case No: 5:14-CV-02632 CBM (SPx)
   LAWRENCE HUNDLEY,                   )
12                                     )
                                       )
13            Plaintiffs,              ) **STIPULATION TO DISMISS
                                       ) ACTION**; ORDER
14       vs.                           )
                                       )
15                                     )
   MATADORS COMMUNITY                  )
16 CREDIT UNION, ALANA B.              )
   ANAYA, BRETT P. RALSTON,            )
17 ALANA B. ANAYA, A                   )
   PROFESSIONAL                        )
18 CORPORATION,   and DOES 1           )
   through 10, inclusive,              )
19                                     )
              Defendants.              )
20                                     )
                                       )
21 _____ )

22

23

24

25

26

27

28

1          The parties to this matter hereby stipulate that pursuant to settlement, the

2    entire case shall be dismissed with prejudice.

3

4    Dated:  October 9, 2015           TRUEBLOOD LAW FIRM

5

6                 By:      /s/_____
                    Alexander Trueblood

7                 Attorneys for Plaintiffs
             BARBARA AND LAWRENCE HUNDLEY

8

9    Dated: October 9, 2015           LITCHFIELD CAVO LLP

10

11                By:      /s/_____
                    Mark Worthge

12                Attorneys for All Defendants

13

14

15

16

17   **IT IS SO ORDERED.**

18   **DATED:** 10/15/15 _____

19

20   _____
     **U.S. DISTRICT JUDGE**

21

22

23

24

25

26

27

28